UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVE DAVID of aver,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Case No. 2:10-CV-00375-EJL<br><br>**ORDER OF DISMISSAL** |

On June 27, 2011, this Court entered an Order on Report and Recommendation wherein it was ordered that:

> Plaintiff shall effect proper service on the Defendant and file proof of the same with this Court on or before **August 1, 2011**. Failure to do so may result in dismissal of this action without further notice.

 (Dkt. 11.) The Court, upon review of the record, finds that Plaintiff has failed to file proof of proper service on the Defendant as previously ordered. Instead, Plaintiff has filed a "Notice of Change of Address" indicating only that his own address has changed as of July 27, 2011. (Dkt. 12.) Because no proof of service has been filed as directed by the Court, the Court will order that this matter be dismissed.

**ORDER - 1**

## <u>ORDER</u>

**NOW THEREFORE IT IS HEREBY ORDERED** that this matter is **DISMISSED IN ITS ENTIRETY** without prejudice.

DATED:  **August 3, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER - 2**