UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVE DAVID of aver,<br><br>             Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>             Defendant. | Case No. 2:10-CV-00375-EJL<br><br>**JUDGMENT** |

Based upon this Court's Order of Dismissal, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this matter is **DISMISSED IN ITS ENTIRETY** without prejudice.

DATED:  **August 3, 2011**

*[signature]*

~~Honor~~able Edward J. Lodge
U. S. District Judge

JUDGMENT - 1